UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KEWANEE CORPORATION, | ) | Case No. 07-80575 |
| | ) | |
| Debtor. | ) | |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION SUMNER A. BOURNE OF RAFOOL & BOURNE P.C. AS OF JUNE 8, 2007 AS IT COUNSEL**

Now comes THOMAS BRESNAHAN, Chairman of the Official Committee of Unsecured Creditors (the "Committee") in the above Chapter 11 proceeding filed by KEWANEE CORPORATION (the "Debtor"), and submits this application for the entry of an order pursuant to 11 U.S.C. §328(a) and 1103(a) authorizing the retention and employment of SUMNER A. BOURNE of the law firm of RAFOOL & BOURNE P.C. ("Sumner A. Bourne") as counsel for the Committee, effective as of June 8, 2007, and in support of this application respectfully represents the following:

1.	This Court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334.  The statutory basis for the relief sought herein are 11 U.S.C, § 328(a) and 1103(a).

2.	The Debtor filed its Chapter 11 proceeding in this Court on March 22, 2007.

3.	On May 24, 2007, the Office of the United States Trustee for the Central District of Illinois (the "United States Trustee") appointed a seven member creditors' committee pursuant to section 1102 of the Bankruptcy Code.

4.	On June 7, 2007 a meeting of the available members of the Committee was convened by telephone, with a quorum present, and by vote selected (1) Thomas Bresnahan to

1

serve as its chairman; (2) Sumner A. Bourne to serve as its counsel.

5. The Committee selected Sumner A. Bourne to serve as its counsel because of his extensive knowledge and experience in business bankruptcy cases in this District.

6. Given the nature of the case and some of the complex legal and factual issues that exist in the case, and seeking to maximize the recovery available to unsecured claimholders, the Committee determined that retention of Sumner A. Bourne was appropriate and necessary.

7. The Committee believes that Sumner A. Bourne is qualified to represent it in this case in a cost-effective, efficient, and timely manner. Subject to any contrary order of this Court, the professional services that said attorney will render to the Committee include, but shall not be limited to, the following:

   a. Giving legal advice with respect to the Committee's powers and duties;

   b. Assisting and advising the Committee in its consultations with the Debtor and the Debtor's professionals and representatitives regarding the administration of the case;

   c. Attending meetings and negotiating with representatives of the Debtor;

   d. Providing legal counsel to the Committee in its examination, investigation and analysis of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation and liquidation of the Debtor's business and assets, and any other matters relevant to the case.

   e. Assisting the Committee in the review, analysis and negotiation of any Chapter 11 plan that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan;

   f. Assisting the Committee in the review, analysis and negotiation of any proposed sale of all or part of the Debtor's assets;

   g. Assisting the Committee in the review, analysis and negotiations of any financing agreements;

   h. Taking all necessary action to protect and preserve the interest of the Committee's

        constituents including: (1) the investigation and prosecution of certain actions on the Committee's behalf, (2) monitoring all litigation in which the Debtor is involved, (3) if appropriate, reviewing and analyzing claims filed against the Debtor's estate;

    i.    Assisting the Committee in its analysis of the Debtor's proposed and actual use of cash collateral and debtor-in-possession financing;

    j.    Generally, preparing on behalf of the Committee, all necessary applications, motions, answers, orders, reports and other legal papers in support of positions taken by the Committee;

    k.    Appearing, as appropriate, before this Court, the District and Appellate Courts, and to represent the interests of the Committee before said Courts;

    l.    Assisting the Committee in determining a course of action that best serves the interests of the unsecured creditors in this case;

    m.    Performing such other legal services as are required under the circumstances of the case and deemed to be in the interests of the Committee and its constituents in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

8.    The extent of prior involvement in the case by attorney Sumner A. Bourne was representation of Quality Transit Inc., whose employee Thomas Brenahan is a member and chair of the Committee. Said attorney gave general advice to said creditor and prepared a claim on its behalf. Such representation is now completed as the claim has been filed.

9.    To the best of the Committee's knowledge, and except as set forth in the Bourne Affidavit attached to this application, Sumner A. Bourne and his law firm Rafool & Bourne P.C. do not represent an adverse interest in connection with the case that would preclude representation of the Committee.

10.    Sumner A. Bourne has agreed to charge for his legal services on an hourly basis, as permitted by 11 U.S.C. §328(a). Attorney Bourne's current hourly rate for such services is $185 per hour, billed at one-tenth increments.

He intends to charge his ordinary and customary rates which are in effect on the date the services are rendered.  In addition, attorney Bourne intends to seek reimbursement of the actual and necessary expenses which he incurs, including but not limited to, expenses for photocopies, courier services, computer assisted research, docket and court filing fees, out-of-town travel, court reporting charges and other incidental costs advanced at the rates commonly charged for such costs to other clients.

11.    Sumner A. Bourne has agreed not to seek any compensation for his legal services on behalf of the Committee from individual unsecured creditors (including members of the Committee).

12.    Subject to this Court's approval, in accordance with 11 U.S.C. §330 and 331, attorney Bourne will file fee and expense applications with the Court and will seek allowance of the awarded compensation and expenses as an administrative claim of the bankruptcy estate. Sumner A. Bourne has not received any retainer toward time and expenses in the case (other than fees for services previously provided to Quality Transit Inc.).

13.    No previous application for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that this Court enter an Order authorizing it to employ Sumner A. Bourne of Rafool & Bourne P.C. as its counsel in this case, effective as of June 8, 2007, and granting the Committee such other and further relief as is just and proper.

Dated: June 8, 2007

Respectfully Submitted,

        THE OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS OF KEWANEE CORPORATION,

By:   /s/ Thomas Bresnahan
      Thomas Bresnahan, Its Chairman
      1310 Illinois Street
      Pekin, IL 61554
      Telephone: (309) 346-4081

and

  /s/ Sumner A. Bourne
  Sumner A. Bourne
  Rafool & Bourne P.C.
  411 Hamilton, Suite 1600
  Peoria, IL 61602
  Telephone: (309) 673-5535
  Proposed Counsel

# CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court, or if not sent electronically then by either hand-delivering or depositing a printed copy into the United States mail at the mail chute located at 411 Hamilton Blvd., Peoria, Illinois, on June 11, 2007 with postage prepaid at the address listed on the creditor matrix, upon the following parties:

| | | |
|---|---|---|
| Mr. Barry M. Barash<br>(through ECF noticing) | Mr. Patrick M. Soris<br>Coilplus<br>14023 S. Coilplus | Mr. J. Fred Collins<br>Dayton Industries Inc.<br>1350 Garrison Ave. |
| U.S. Trustee<br>(through ECF noticing) | Plainfield, IL  60544 | Bronx, NY  10474 |
| Mr. Thomas Bresnahan<br>Quality Transit<br>1310 Illinois Street<br>Pekin, IL  61554 | Ms. Marilyn Grace<br>M.C. Steel<br>350 Northgate Parkway<br>Wheeling, IL  60090 | Mr. Brad Stevens<br>Frame Material Supply Inc.<br>P.O. Box 133<br>Trivoli, IL  61569 |
| Mr. Martin Frederiksen<br>Standard Machine & Tool Corp<br>4805 36th Avenue Drive<br>Moline, IL  61265 | Mr. Larry Bartlett<br>Diamond Vogel Paint<br>P.O. Box 8001<br>Marshalltown, IA  50158 | |

Rafool & Bourne, P.C.
411 Hamilton, Suite 1600      BY:   /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535