Form objemp

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Kewanee Corporation             *Case No.:* 07–80575
*Debtor*

                                          *Chapter:* 11

---

### OBJECTION DATE NOTICE RE: EMPLOYMENT OF PROFESSIONAL

*Notice is hereby provided:*

On 6/11/07 , The Official Committee of Unsecured Creditors , filed an Application to Employ Attorney Sumner Bourne to represent them in this Bankruptcy Proceeding. He will be compensated at his current hourly rate of $185.00 per hour, billed at one–tenth increments plus expenses. .

The pleading referred to above may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **6/27/07** . You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, an Order will be entered allowing the aforesaid Motion. *Note: The allowance of any fees requested by the persons or entities so employed will remain subject to court approval pursuant to Section 330 of the Bankruptcy Code.*

Dated: 6/12/07

                                          Pamela C. Sherry
                                          Clerk


Go to **www.ilcb.uscourts.gov** for information regarding this court's **mandatory** electronic filing policy.