**IT IS SO ORDERED.**

**SIGNED THIS: June 18, 2007**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

| | |
|---|---|
| IN RE<br><br>THE KEWANEE CORPORATION,<br>a Delaware corporation<br><br>Debtor | Chapter 11<br>No. 07-80575 |

**ORDER APPROVING EMPLOYMENT OF
BRENT A. KING AS CHIEF FINANCIAL OFFICER ("CFO")**

The debtor's application to employ Brent A. King as its chief financial officer ("CFO") is heard and allowed, subject to the following conditions:

1. King's compensation shall be hourly at the rate of $70 per hour, plus direct costs and expenses.

2. King's employment is approved *nunc pro tunc* beginning March 30, 2007, and his fees from that date through May 4, 2007 (45.65 hours, plus expenses, of a total of $3,483.10) are approved.

3. At least quarterly, King shall submit itemized statements of his time and expenses, with a request for the allowance of same. The original shall be filed with the

court, and copies e-mailed to the creditors' committee and its attorney; the debtor and its attorney; the United States Trustee; and such other parties who request this information.

    4.    The court, in its discretion, may either allow the claim without hearing or set the matter for hearing or set a bar date by which objections may be filed.

    5.    King's allowances are priority expenses of administration, 11 U.S.C. §503.

###