**IT IS SO ORDERED.**

**SIGNED THIS: June 29, 2007**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE | ) |
| | ) |
| KEWANEE CORPORATION, | ) Bk. No. 07-80575 |
| | ) |
| Debtor | ) Chapter 11 |

**ORDER ALLOWING APPLICATION OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO RETAIN COUNSEL**

UPON Application of the Official Committee of Unsecured Creditors ("Committee") in the above case, it is hereby ORDERED that:

1. The Committee is authorized to employ Sumner A. Bourne as its counsel in these proceedings effective as of June 8, 2007;

2. The terms of compensation and expense reimbursement contained in the application are approved, with the requirement that any compensation and expense reimbursement be done through application and order of this court.

###