**IT IS SO ORDERED.**

**SIGNED THIS: June 05, 2008**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA, ILLINOIS

IN RE

**THE KEWANEE CORPORATION,**
a Delaware corporation

               Debtor

**Chapter 7**
**No. 07-80575**

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE
### TO EMPLOY SPECIAL COUNSEL

This matter coming on for hearing *ex parte*, and it appearing to the court that it is in the best interests of the estate that the trustee employ Barry M. Barash of Barash & Everett, LLC, as special counsel for the trustee, for the reasons and upon the terms hereinafter set forth.

**-A-**

### REASONS FOR EMPLOYMENT OF SPECIAL COUNSEL

Mr. Barash is highly qualified to represent the trustee in these matters due to his extensive bankruptcy experience.

**-B-**

**LEGAL SERVICES TO BE PERFORMED**

To review the schedules and investigate and pursue any possible preferences, fraudulent conveyances or transfers, and to recover account receivables for the benefit of the bankruptcy estate.

**-C-**

**COMPENSATION**

Mr. Barash shall be compensated on a contingent fee basis of one-third of the amount collected (40% if appealed), together with reimbursement for his direct out-of-pocket expenses.

**IT IS THEREFORE ORDERED,** that Barry M. Barash of Barash & Everett, LLC, be, and is, authorized to act as special counsel for the trustee upon the terms and conditions set forth in this order.

###