**IT IS SO ORDERED.**

**SIGNED THIS: August 01, 2008**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| KEWANEE CORPORATION, ) | |
| ) | Case No. 07-80575 |
| Debtor. ) | |

**ORDER ON TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT**

The Trustee having filed an Application to Employ Accountant, notice having been sent, and no objections having been filed, it is therefore ordered that the Trustee is authorized to employ M. Joseph Romolo of Romolo & Associates as an accountant to render services set forth in the trustee's application with compensation to be paid as an administrative expense in such amounts as this Court may determine and for other just relief.

###